**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION AND STATEMENT OF REASONS**

Case Name:   US vs DANTE M. BROWN

Case Number:   03-20051-01

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on   8/16/05.
                                                                Date

Received by:

Jane Newlin
───────────────────────────────
U.S. Probation Office